UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY COOK,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>VERITY CREDIT UNION, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 21-CV-00765-LK<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' stipulation, Dkt. No. 31, the Court dismisses Experian Information Solutions, Inc. with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Experian will bear their own attorney fees and costs.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 19th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1